Order issued November 5, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00421-CR

TIMOTHY BOX, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from 422nd Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 29114-422

## ORDER

Before the Court is the State of Texas's November 5, 2012 motion to extend the time to file its brief and permit the filing of the late brief. The Court **GRANTS** the State's motion. The State's brief is deemed filed as of the date of this order.

MARY MURPHY
PRESIDING JUSTICE